Franklyn J. WOLFF, Plaintiff-Appellant, v. WESTERN ELECTRIC COMPANY, Incorporated, Defendant-Appellee.

No. 8456.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 8, 1944.

Decided June 19, 1944.

Rehearing Denied July 15, 1944.

Francis G. Boswell, of Washington, D. C. (Albert B. Kahn, of Trenton, N. J., on the brief), for appellant.

Henry Ashton, of New York City (E. J. Driscoll, of New York City, and George Gildea and Katzenbach, Gildea & Rudner, all of Trenton, N. J., on the brief), for appellee.

Before BIGGS, JONES, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

Our consideration of this case has convinced us that the decision of the District Court is correct in all respects. Accordingly the judgment is affirmed on the opinion of Judge Forman, 50 F.Supp. 509.